UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL MENDOZA, | ) No. CV 07-07792-ODW (VBK) |
| Petitioner, | ) ORDER (1) ACCEPTING AND ADOPTING |
| | ) THE AMENDED REPORT AND |
| v. | ) RECOMMENDATION OF THE UNITED |
| | ) STATES MAGISTRATE JUDGE, AND (2) |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) DISMISSING THE PETITION FOR WRIT |
| | ) OF HABEAS CORPUS |
| Respondent. | ) |

Pursuant to 28 U.S.C. §636, the Court has made a de novo review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, Petitioner's Objections to the Report and Recommendation, all of the records herein and the Amended Report and Recommendation of the United States Magistrate Judge ("Amended Report").

//
//
//
//
//
//

1 **IT IS ORDERED** that: (1) the Court accepts and adopts the Amended Report and Recommendation; (2) Respondent's Motion to Dismiss is Granted; and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: September 18, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE