UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE MANUEL MENDOZA, | ) | No. CV 07-07792-ODW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Amended Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that Respondent's Motion to Dismiss is granted and Judgment be entered denying and dismissing the Petition with prejudice.

DATED: September 18, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE